| | |
|---|---|
| 1 | W. Chris Wicker |
| 2 | Nevada Bar No. 1037 |
|   | Joshua Woodbury |
| 3 | Nevada Bar No. 11326 |
|   | WOODBURN AND WEDGE |
| 4 | 6100 Neil, Road, Suite 500 |
|   | Post Office Box 2311 |
| 5 | Reno, Nevada 89511 |
|   | Telephone: (775) 688-3000 |
| 6 | Facsimile: (775) 688-3088 |
| 7 | Attorneys for Defendant, |
|   | Kinross Gold U.S.A. Inc. |
| 8 | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LEO B. MARCHETTI,

    Plaintiff,

vs.

KINROSS GOLD U.S.A., Inc.; a domestic corporation,

    Defendant.
_____/

Case No. 2:15-cv-02095-JAD-VCF

**STIPULATION TO VACATE AND RESCHEDULE EARLY NEUTRAL EVALUATION SESSION AND ORDER**

    Plaintiff, LEO B. MARCHETTI, and Defendant, KINROSS GOLD U.S.A., INC., by and through their respective counsel of record, hereby stipulate and request that the Court vacate and reschedule the Early Neutral Evaluation Session currently scheduled for April 14, 2016, at 9:30 AM. Defendant's counsel has a three (3) week vacation out of the country scheduled from March 12-April 1, 2016; a two (2) week trial scheduled in Eastern District of California from April 11, 2016-19, 2016; and Defendant's counsel also has a three (3) day trial starting in Douglas County, Nevada starting May 3- May 5, 2016. Therefore, the parties are requesting that this Court vacate and reschedule the Early

///

///

Neutral Evaluation Session from April 14, 2016, to a later date. This Stipulation is not meant for the purposes of delay.

DATED this 21st day of March, 2016.                    DATED this 21st day of March, 2016.

    GUINNESS LAW FIRM                                WOODBURN AND WEDGE

By:   /s/Guinness Ohazuruike                    By:   /s/ W. Chris Wicker_____
     Guinness Ohazuruike                              W. Chris Wicker
     Nevada Bar No. 11231                             Nevada State Bar No. 1037
     Attorneys for Plaintiff                          Joshua Woodbury
                                          Nevada State Bar No. 11326
                                          Attorneys for Defendant

## **ORDER**

Pending before the Court is the parties' stipulation to continue the early neutral evaluation session in this matter, which is hereby GRANTED. The early neutral evaluation session is hereby CONTINUED to May 31, 2016, at 9:30 a.m. The parties shall submit their confidential evaluation statements no later than May 24, 2016. All other requirements in the Court's order at Docket No. 7 shall remain in effect, and the Court expects strict compliance with them.

IT IS SO ORDERED.

Dated: March 22, 2016

                                                                     NANCY J. KOPPE
                                                                     United States Magistrate Judge