# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LEO B. MARCHETTI,<br><br>              Plaintiff,<br><br>vs.<br><br>KINROSS GOLD U.S.A., INC.,<br><br>              Defendant. | 2:15-cv-02095-JAD-VCF<br><br>**ORDER** |

      Before the court is *Leo B. Marchetti v. Kinross Gold U.S.A., Inc.*, case no. 2:15-cv-02095-JAD-VCF. A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

      IT IS HEREBY ORDERED that a discovery hearing is scheduled for 10:00 a.m., June 3, 2016, in courtroom 3D. The hearing will be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

      Dated this 13th day of May, 2016.

                                        _____
                                        CAM FERENBACH
                                        UNITED STATES MAGISTRATE JUDGE